# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

                      **Plaintiff,**      **FILED UNDER SEAL**
                                           **CASE NO. 6:24-cr-10074-EFM**

     **v.**

**ERIC GONZALEZ-GUTIERREZ,**

                      **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**POSSESS WITH THE INTENT TO
DISTRIBUTE METHAMPHETAMINE
[21 U.S.C. § 841]**

On or about June 16, 2024, in the District of Kansas, the defendant

**ERIC GONZALEZ-GUTIERREZ,**

did unlawfully, knowingly, and intentionally possess with the intent to distribute, a mixture and substance containing a detectable amount of Methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 2

### POSSESS WITH THE INTENT TO
### DISTRIBUTE FENTANYL
### [21 U.S.C. § 841]

On or about June 16, 2024, in the District of Kansas, the defendant

### ERIC GONZALEZ-GUTIERREZ,

did unlawfully, knowingly, and intentionally possess with the intent to distribute, a mixture and substance containing a detectable amount of Fentanyl, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

A TRUE BILL.

July 9, 2024                                  s/Foreperson
DATE                                          FOREPERSON OF THE GRAND JURY

KATE E. BRUBACHER
UNITED STATES ATTORNEY


By: /s/ Aaron L. Smith
AARON L. SMITH
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: aaron.smith3@usdoj.gov
Ks. S. Ct. No. 20447

> IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS


# PENALTIES

**Counts 1 and 2:   21 U.S.C. §§  841(a)(1), (b)(1)(C)**
**[Possession with the intent to Distribute Methamphetamine and Fentanyl]**

- Punishable by a term of imprisonment of not more than twenty (20) years.  21 U.S.C. § 841(b)(1)(C).

- A term of supervised release of not less than three (3) years. 21 U.S.C. § 841(b)(1)(C).

- A fine not to exceed $1,000,000.  21 U.S.C. § 841(b)(1)(C).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.