## UNITED STATES DISTRICT COURT
### District of Kansas

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.                                  CASE NO. 24-cr-10074-EFM

**ERIC GONZALEZ-GUTIERREZ,**

        **Defendant.**

### MOTION TO UNSEAL

Comes now the United States, by and through Aaron L. Smith, Assistant United States Attorney for the District of Kansas, and moves the Court for an order that the indictment filed on July 9, 2024, be unsealed.

In support of this motion, the United States declares that disclosure of the indictment can now be made, as defendant is currently in custody on other charges, and is aware of the charges in this case..

WHEREFORE, the United States requests that the indictment in the above-captioned case be unsealed.

                                             Respectfully submitted,

                                             RYAN A. KRIEGSHAUSER
                                             United States Attorney

                                             S/Aaron L. Smith
                                             AARON L. SMITH, #20447
                                             Assistant U.S. Attorney
                                             1200 Epic Center, 301 N. Main
                                             Wichita, Kansas 67202
                                             Telephone: (316) 269-6481
                                             Fax: (316) 269-6484
                                             E-mail: aaron.smith3@usdoj.gov