## UNITED STATES DISTRICT COURT
### District of Kansas

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.                          CASE NO. 24-cr-10074-EFM

**ERIC GONZALEZ-GUTIERREZ,**

        **Defendant.**

### ORDER

On motion of counsel for the Government, good cause appearing therefore,

IT IS ORDERED that the indictment filed on July 9, 2024, be unsealed.

_____
HONORABLE GWYNNE E. BIRZER
UNITED STATES MAGISTRATE JUDGE