IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

v.                                              **CASE NO. 24-10074-01-EFM**

**ERIC GONZALEZ-GUTIERREZ,**

**Defendant.**

### MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

COMES NOW the United States, by and through Aaron L. Smith, Assistant United States Attorney, and moves the Court for the issuance of a Writ of Habeas Corpus Ad Prosequendum to defendant, Eric Gonzalez-Gutierrez.   In support of this Motion, the United States avers:

1.      Defendant was charged in this district by Indictment on July 9, 2024.

2.      Defendant is currently in custody at the Sedgwick County Jail in Wichita, Kansas.

3.      Appearance is necessary by the defendant in this district for prosecution on the charges contained in the Indictment.

WHEREFORE, the United States of America moves the Court for an order issuing a Writ of Habeas Corpus Ad Prosequendum directing the United States Marshal and any

other law enforcement agency for this district, to produce the defendant, Eric Gonzalez-Gutierrez, forthwith and for any further proceedings to be held in this cause.

Respectfully submitted,

RYAN A. KRIEGSHAUSER
United States Attorney

s/ Aaron L. Smith
AARON L. SMITH
Assistant U.S. Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Telephone: (316) 269-6481
Fax: (316) 269-6484
KS S. Ct. No. 20447
E-mail: aaron.smith3@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2026, I electronically filed the foregoing Motion for Writ of Habeas Corpus Ad Prosequendum with the Clerk of the Court by using the CM/ECF system, which will send notice to all counsel of record.

s/ Aaron L. Smith
AARON L. SMITH
Assistant U.S. Attorney