**SEALED**

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

United States of America )
v. )
)  Case No. 6:24-cr-10074-EFM
ERIC GONZALEZ-GUTIERREZ )
*Defendant* )

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ERIC GONZALEZ-GUTIERREZ                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ❑ Superseding Indictment    ❑ Information    ❑ Superseding Information    ❑ Complaint
❑ Probation Violation Petition    ❑ Supervised Release Violation Petition    ❑ Violation Notice    ❑ Order of the Court

This offense is briefly described as follows:

Possess with the intent to distribute controlled substances.  See attached indictment for additional charges.

Date: 07/10/2024

s/M. Barnes, Deputy Clerk
*Issuing officer's signature*

City and state:    Wichita, Kansas

Skyler B. O'Hara, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)*  7/10/2024      , and the person was arrested on *(date)*  4/13/2026
at *(city and state)*    Wichita, KS            .

Date: 4/13/2026

*Ryan S. Overcash*
*Arresting officer's signature*

Ryan Overcash/DUSM
*Printed name and title*

**RECEIVED**
**By US Marshal Service at 10:34 am, Jul 10, 2024**