COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

Date: 4/13/26

**FILED**
**U.S. District Court**
**District of Kansas**

04/13/2026

**Clerk, U.S. District Court**
**By:__AS__Deputy Clerk**

United States of America,

    Plaintiff,

v.

Eric Gonzalez-Gutierrez,

    Defendant.

Case No. 24-10074-01-EFM

JUDGE: ☒ Birzer  ☐ Severson
DEPUTY CLERK: ☒ Anderson  ☐ Vaughn
INTERPRETER: ☐ Vargas  ☐ Badillo  ☐ Wriedt
        ☐ Ping  ☐ Rivera  ☐ Vilaythong
        ☐ Sworn

AUSA: Ola Odeyemi
DEFENSE COUNSEL: Mark Schoenhofer
TAPE NO.: 11:30 - 11:37

## PROCEEDINGS

| | | |
|---|---|---|
| ☒ Initial Appearance | ☐ Detention Hearing | ☐ Bond Rev. Hrg |
| ☐ Initial Rule 5(c)(3) | ☐ Preliminary Hearing | ☐ Pretrial Conference |
| ☐ Sentencing | ☐ Change of Plea | |
| ☐ In-Court Hearing: ____ | | |

☒ Arraignment  ☒ Reading waived  ☐ Read to Defendant  ☒ Not Guilty Plea Entered
    (2 min)

☐ Complaint  ☒ Indictment  ☐ Information  ☐ Pet. Revoke Supervision  ☒ No. Counts: 2  ☐ Forfeiture
☒ Felony  ☐ Misdemeanor
☒ Charges/Viols. and penalties explained to Defendant
☒ Constitutional rights explained
☒ Defendant affirmation/sworn  ☒ Examined re: ~~financial~~ status  ☐ Counsel appointed
☒ Due Process Protections Act advisement given
☐ Defendant given Consular Notification
☐ Advised of rights under Rule  ☐ 20  ☐ 5(c)(3)  ☐ Transfer to: ____
☐ Signed Wvr Ind  ☐ Signed Consent to MJ  ☐ Petition to Plea filed  ☐ Plea Agmt filed  ☐ PSI ordered

☐ Oral Motion by ☐ Government / ☐ Defendant for detention hearing; ☐ granted. ☐ denied.
☐ Oral Motion by ☐ Government / ☐ Defendant for continuance of detention hearing; ☐ granted. ☐ denied.
☐ Defendant remanded to USM custody. Detention ordered until detention hearing.
☐ Oral Motion by Government for pretrial detention is  ☐ granted. ☐ denied. ☐ withdrawn.
☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
☒ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Defendant waived the right to an identity hearing. Court accepted waiver and found Defendant to be person named.
☐ Defendant waived the right to a detention hearing in the District of KS. Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

☐ Release ordered  ☐ Bond fixed at: $ ____  ☐ Continued on present bond/conditions
☒ Detention ordered  ☒ Remanded to custody

Defendant's next appearance: ☐ as directed before Judge ____
        ☒ per the Scheduling Order of Judge Melgren
        ☐ on ____ at ____ ☐ a.m. ☐ p.m. before Judge ____
        for ☐ detention hearing ☐ arraignment ☐ prelim hearing ☐ ____

NOTES:____