FILED
U.S. District Court
District of Kansas

APR 1 3 2026

Clerk, U.S. District Court
By_____Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

UNITED STATES OF AMERICA,　　　)
　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　)
　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　)　　　Case No. 24-10074-01-EFM
　　　　　　　　　　　　　　)
Eric Gonzalez-Gutierrez　　　)
　　　　　　　　　　　　　　)
　　　　　　Defendant.　　　)
　　　　　　　　　　　　　　)

### WAIVER OF DETENTION HEARING

I, ___Eric Gonzalez-Gutierrez_____, having appeared before

this Court and been advised of my rights under the Bail Reform Act, 18 U.S.C. § 3142, including

my right to have a detention hearing, do hereby waive (give up) my right to a detention hearing.

_____
Defendant

_____ 15781
Counsel for Defendant - Mark Schoenhofer

___4/13/26___
Date